# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CHRISTOPHER GLENN

NO. 2021 KW 0694

**JUNE 23, 2021**

---

In Re:    Christopher Glenn, applying for supervisory writs, 21st Judicial District Court, Parish of Livingston, No. 37,823.

---

**BEFORE:    CHUTZ, PENZATO, AND LANIER, JJ.**

**WRIT DENIED.**

                          WRC
                          AHP
                          WIL

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
    FOR THE COURT